UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/23/2025
```

WOOLERY & CO. PLLC,

                    Plaintiff,

        -against-

4M INVESTMENTS, LLC and TED B. MILLER,
JR.,

                    Defendants.

1:25-cv-985-MKV

ORDER TEMPORARILY
GRANTING
MOTION TO SEAL

MARY KAY VYSKOCIL, United States District Judge:

        IT IS HEREBY ORDERED that Defendants' motion to redact and seal portions of the state

court complaint is temporarily GRANTED.

        The Clerk of Court respectfully is requested to terminate the motion pending at docket

entry 4.

        **SO ORDERED.**

Date:  **July 23, 2025**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**